FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>Lynn Arthur Jarrett<br><br>　　　　　　Defendant. | Case No.: ED CR 98-27 RT<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- UNKNOWN COMMUNITY TIES
- UNKNOWN BAIL RESOURCES
- INSTANT ALLEGATIONS
- CRIMINAL HISTORY

1

1 and/or

2 B.     ( )     The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 1/5/11

                                        _____
                                        HONORABLE DAVID T. BRISTOW
                                        United States Magistrate Judge

2